PALMER, LOMBARDI & DONOHUE LLP
515 S. Flower Street, Suite 2100
Los Angeles, California 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PAUL BRADLEY, TATIANA BRADLEY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGE INVESTORS GROUP, INC.; ET AL., AMERICAN REAL ESTATE CORPORATION; MORTGAGE INVESTORS GROUP, A GENERAL PARTNERSHIP; CHARLES E. TONKIN, II; CHRISTINE C. RHEA; WILLIAM CLEARY, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.  EDCV12292-JAK (SHx)<br><br>Hon. John A. Kronstadt<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**JS-6**<br><br>[filed: January 9, 2012] |

WHEREAS, Plaintiffs Sean Paul and Tatiana Bradley (the "Bradleys") and Defendants Mortgage Investors Group, Inc., American Real Estate Corporation, Mortgage Investors Group, Charles E. Tonkin, II, Christine C. Rhea and William Cleary (collectively, "Defendants"), stipulated, pursuant to FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a), that all claims and demands asserted by the Bradleys in this action shall be dismissed with prejudice, each party to bear his or its own costs and attorneys fees; and

1  WHEREAS, it appears to the Court that the terms of the stipulation appear
2  proper, and upon good cause showing,
3  IT IS HEREBY ORDERED that all claims and demands asserted by the
4  Bradleys in this action shall be and hereby are dismissed with prejudice, each party
5  to bear his or its own costs and attorneys' fees.

8  DATED: July 20, 2012  _____
9  JOHN A. KRONSTADT
   United States District Court Judge

PALMER, LOMBARDI & DONOHUE LLP
515 S. Flower Street, Suite 2100
Los Angeles, California 90071